JOHN E. McCARTHY, as Executor of PIERCE J. McCARTHY, Deceased, Appellant, *v.* JOHN F. CROSSON, Respondent.

*McCarthy* v. *Crosson,* 157 App. Div. 930, affirmed.

(Argued October 20, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered June 11, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for a copartnership accounting.

*Paris S. Russell, John Ingle, Jr., Charles E. Hunter* and *George W. Olvany* for appellant.

*Hunter L. Delatour* and *Meier Steinbrink* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.